## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 107 - 16 | **DATE** | 2/14/2008 |
| **CASE TITLE** | USA vs. Karl Allen | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Arraignment proceedings held. Defendant Karl Allen self-surrenders on 02/14/08. Defendant informed of his rights. Robert A. Willis is given leave to file an appearance on behalf of the defendant. Defendant waives formal reading of Indictment. Defendant enters plea of not guilty to each charge and alll counts of the Indictment. Rule 16.1(A) conference to be held on or before 02/21/08. Pretrial motions to be filed on or before 03/03/08. Responses to pretrial motions shall be filed on or before 03/13/08. Status hearing before Judge Bucklo is set for 03/07/08 at 10:00 a.m. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant shall be released after processing. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). [X-T].

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|