**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                   Case No.: 1:08−cr−00107
                                                   Honorable Elaine E. Bucklo

Lawrence J. Skrobot, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 11, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:As to Lawrence J. Skrobot, James Robert Thomas, Varena McCloud, Charlene Batalla, Hattie Brooks, Donald Thomas, Jonathon Marchetti, Joseph Green, III, Joseph Miller, Alfredo Hilado, Johnny White, Diane Robinson, John Lewis, James Green, Christopher Marchetti, Karl Allen, Alonzo Braziel, Status hearing held on 7/11/2008. Any pretrial motions to be filed before 9/26/08. Four−week Jury Trial set for 3/2/2009 at 09:30 AM. Time from this day through trial is excluded for trial preparations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.